# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRIDGETTE DIGEROLAMO

NO. 2023 KW 1257

**FEBRUARY 1, 2024**

---

In Re:     Bridgette DiGerolamo, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 20-04388.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

MRT
HG

**Penzato, J.** concurs. I write separately to also note that in regard to the not guilty verdicts, there is no indication in the record that the jury confirmed that the verdicts were, in fact, their verdicts. Further, there was no polling of the jury in any manner. Finally, the clerk was never ordered to record the not guilty verdicts. La. Code Crim. P. art. 811.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT